**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7585**

---

RICHARD STEARNSMILLER, a/k/a Richard Stearns-
Miller, a/k/a Rick Stearns-Miller,

                                        Plaintiff - Appellant,

        versus

STATE OF SOUTH CAROLINA; SOUTH CAROLINA DE-
PARTMENT OF CORRECTIONS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Falcon B. Hawkins, Senior District
Judge.  (CA-00-1954-3-11-BC)

---

Submitted:  April 27, 2001          Decided:  May 3, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Richard Stearnsmiller, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Stearnsmiller appeals the district court's order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp. 2000). The court dismissed Stearnsmiller's complaint because he failed to name the proper parties. Because Stearnsmiller may proceed with this action in the district court by amending his complaint to name the proper defendants, the district court's order is not a final, appealable order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED